USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: *11-20-19*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
United States of America,

**ORDER**
**19-CR-5 (ALC)**

-against-

Jermaine Johnson,

                      Defendant(s)
-------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

A Change of Plea Hearing is scheduled for **November 26, 2019 at 11:30 a.m.**

**SO ORDERED.**

Dated: New York, New York
       November 15, 2019

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE