USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12-12-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America,

-against-

Jermaine Johnson,

        Defendant(s)
-------------------------------------------------------X

**ORDER**

**19-CR-5 (ALC)**

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a conflict on the Court's calendar, the status Conference scheduled for December 16, 2019 is adjourned to **December 17, 2019 at 12:30 p.m.**

    **SO ORDERED.**

Dated: New York, New York
      December 11, 2019

                                        **ANDREW L. CARTER, JR.**
                                        **UNITED STATES DISTRICT JUDGE**