**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
**Fax: 212-693-0090**
**Thomasdunnlaw@aol.com**

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-29-20

**By ECF**

January 3, 2019

Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

     Re: <u>United States v. Jermaine Johnson</u>,
          19 Cr. 5 (ALC)

Dear Judge Carter:

    I represent Jermaine Johnson pursuant to the Criminal Justice Act in the above captioned case. I write to request permission to file interim vouchers in this case.

    The discovery was significant and extensive. As a result of the hours expended to date I make this request.

    Thank you for your consideration of this request.

                                    Respectfully yours,
                                    /s/
                                    Thomas F.X. Dunn

The application is ✓ granted.
                    denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: January 29, 2020
        NY, New York