USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

United States of America,

                                **Plaintiff,**

                          **19-CR-5 (ALC)**

    -against-

                          **ORDER**

Jermaine Johnson,

                              **Defendant(s).**

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The sentencing scheduled for April 6, 2020 is **ADJOURNED** to June 19, 2020 at 2:00 p.m.

**SO ORDERED.**

**Dated:**     **April 3, 2020**
              **New York, New York**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**