UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/8/20

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| -against- | : | 19-CR-5 (ALC) |
| | : | |
| | : | **ORDER** |
| JERMAINE JOHNSON, | : | |
| Defendants. | : | |

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Telephone Bail Hearing set for **April 9, 2020** at **3:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated: April 8, 2020**
       **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**