USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/9/20

**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**

Thomas F. X. Dunn  Tel: 212-941-9940
Admitted: NY, NJ & MA  Fax: 212-693-0090
  Thomasdunnlaw@aol.com

William J. Rempel
Admitted: NY & NJ

**By ECF**  April 9, 2020

Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

Re: <u>United States v. Jermaine Johnson,</u>
  19 Cr. 5 (ALC)

Dear Judge Carter:

I write to request an adjournment of the hearing scheduled for this afternoon at 3:00 p.m. until tomorrow, Friday, April 10th. I make this request since new decisions came to my attention and I wish to submit those to your Honor in support of this bail application.

I cannot predict when today I can submit my letter, but can definitely submit it no later than 5:00 p.m. and will make every effort to submit it earlier.

Assistant U.S. Attorney Andrew Chan advised he has no objection to this request.

Thank you for your consideration of this request.

  Respectfully yours,
  /s/
  Thomas F. X. Dunn

Jennifer Sassoon, Esq.
Assistant U.S. Attorney

Andrew Chen, Esq.
Assistant U. S. Attorney (by ECF & email)

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
4/9/20

The application is granted. The telephone bail hearing is adjourned to April 10, 2020 at 11:00 a.m.

1