USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/9/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

  **UNITED STATES OF AMERICA**  :

        **-against-**  :  **19-CR-5 (ALC)**

       :  **ORDER**

  **JERMAINE JOHNSON,**  :

        **Defendants.**  :

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The June 19, 2020 sentencing is adjourned to **July 31, 2020** at **12:00 p.m.**

**SO ORDERED.**

**Dated: June 9, 2020**
      **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**