USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/23/20__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**                                    :
                                                                 :
                                              **Plaintiff,**      :
                                                                 :         **19-CR-5 (ALC)**
                           **-against-**                         :
                                                                 :         **ORDER**
**JERMAINE JOHNSON,**                                            :
                                                                 :
                                              **Defendant.**      :
                                                                 :
-------------------------------------------------------------------- :
                                                                 x

**ANDREW L. CARTER, JR., District Judge:**

The sentencing scheduled for July 31, 2020 is adjourned to **October 13, 2020** at

**12:00 p.m.**

**SO ORDERED.**

**Dated:**       **New York, New York**
                 **July 23, 2020**

_____
       **ANDREW L. CARTER, JR.**
       **United States District Judge**