UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/14/20__

-----------------------------------------------------------X

United States of America,

                                                    **ORDER**

                                                    **19-CR-5 (ALC)**

            -against-


Jermaine Johnson,

-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

        The Sentencing scheduled for October 13, 2020 is adjourned to **February 11, 2021** at

**11:30 a.m.**

        **SO ORDERED.**

 Dated: New York, New York
          October 13, 2020

_____

    **ANDREW L. CARTER, JR.**
    **UNITED STATES DISTRICT JUDGE**