USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 3-31-21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

United States of America,

                                                    **ORDER**
                                                    **19-CR-5 (ALC)**

                   -against-

Jermaine Johnson,
-------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

        The Sentencing scheduled for March 25, 2021 is adjourned to **June 11, 2021** at

**10:00 a.m.**

        **SO ORDERED.**

   Dated: New York, New York
              March 24, 2021

**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**