USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-7-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                                    **ORDER**

                                                    19-CR-5 (ALC)

            -against-

Jermaine Johnson,

-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

The sentencing scheduled for June 11, 2021 is adjourned to **June 24, 2021** at **2:00 p.m.**

**SO ORDERED.**

Dated: New York, New York
        June 7, 2021

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE