**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**                                    :
                                                                 :
                                          **Plaintiff,**          :
                                                                 :          **19-CR-5 (ALC)**
                         -against-                               :
                                                                 :          <u>**ORDER**</u>
**JERMAINE JOHNSON,**                                            :
                                                                 :
                                          **Defendant.**          :
                                                                 :
-------------------------------------------------------------------- :
                                                                 x

**ANDREW L. CARTER, JR., District Judge:**

The Sentencing scheduled for **June 24, 2021** will take place at **9:00 a.m.** by telephone.

The parties should contact the Court at 1-888-363-4749 on the date and time specified above and

once prompted, should dial access code 3768660.

**SO ORDERED.**


**Dated:**        **New York, New York**
                  **June 24, 2021**


                                          _____
                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**