USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-6-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                                          **ORDER**
                                                          19-CR-5 (ALC)

          -against-

Jermaine Johnson,
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    The sentencing scheduled for today, July 6, 2021, will take place at **2:30 p.m.**

    **SO ORDERED.**

Dated: New York, New York
      July 6, 2021

                                                    ANDREW L. CARTER, JR.
                                                  UNITED STATES DISTRICT JUDGE